### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

vs.                              4:12CR00226-001 SWW

ANGELA WALKER                                                         DEFENDANT

### ORDER

Pending before the Court is the government's motion to continue the hearing previously scheduled January 20, 2016 [doc #13]. The Court finds that the motion should be and is hereby *granted*.

IT IS THEREFORE ORDERED that the hearing on the government's motion to revoke defendant's supervised release is continued until **TUESDAY, JANUARY 26, 2016 AT 10:00 A.M.**, in Room #389, Richard Sheppard Arnold United States Courthouse, 600 W. Capitol Avenue, Little Rock, Arkansas.

IT IS SO ORDERED this 20th day of January 2016.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE